No. 94–376. SULMEYER, CHAPTER 11 TRUSTEE v. PACIFIC BMW. C. A. 9th Cir. Certiorari denied.

No. 94–377. BRESNAN COMMUNICATIONS CO. v. CITY OF HUNTSVILLE ET AL. C. A. 11th Cir. Certiorari denied.

No. 94–378. MARSILIO v. CONSOLIDATED RAIL CORPORATION. C. A. 3d Cir. Certiorari denied.

No. 94–380. IZEN ET AL. v. NICHOLS ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–382. COLLINS ET. AL. v. SCHWEITZER, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–391. INTERNATIONAL BUSINESS MACHINES CORP. v. SIMS, CHAPTER 11 TRUSTEE, BANKRUPTCY ESTATE OF UNICOM COMPUTER CORP. C. A. 9th Cir. Certiorari denied.

No. 94–394. TRANSPHASE SYSTEMS, INC. v. SOUTHERN CALIFORNIA EDISON CO. ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–398. AZOR ET AL. v. CARDINAL INDUSTRIES ET AL. C. A. 11th Cir. Certiorari denied.

No. 94–408. REDWOOD VILLAGE PARTNERSHIP v. GRAHAM ET AL. C. A. 8th Cir. Certiorari denied.

No. 94–409. BAILEY v. BOARD OF EDUCATION FOR THE DETROIT PUBLIC SCHOOLS. Ct. App. Mich. Certiorari denied.

No. 94–410. REYNOLDS v. INTERNATIONAL AMATEUR ATHLETIC FEDERATION. C. A. 6th Cir. Certiorari denied.

No. 94–415. IN RE M. K. ET AL. Super. Ct. Pa. Certiorari denied.

No. 94–419. EDWARDS v. GREAT-WEST LIFE ASSURANCE CO. C. A. 7th Cir. Certiorari denied.